# EXHIBIT C

# Ex. C to Complaint

## PATENT INFRINGEMENT CLAIM CHART

### U.S. Patent No. 11,816,459 B2

*"Graphical User Interface Programming System"*

**Claim 6**

Accused Product: WaveMaker Studio (https://www.wavemaker.com/ ; https://wavemaker.ai/)

This chart provides details regarding only one example of Defendant's infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendant's products.  Plaintiff will be seeking Defendant's internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendant's product indicated above.  This accused product is representative of Defendant's infringement of the claim.  While this chart specifically addresses the functionality of one product, these infringement charts are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Products infringe in the same general way. This chart provides Defendant with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendant that practice the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

# INFRINGEMENT CLAIM CHART

**Full Claim Text:**

*A system, comprising: a hardware processor; a front-end development software tool executed by the processor and having a first user interface (UI) element associated with a first function; a translation layer for associating the function associated with the first UI element with a device native computer code associated with a first device that converts the code representing the image in the first device into usable code to recreate the identical image in a second device; and a template that converts data from the first function into computer code that is native to the second device by recursively selecting one or more templates for each portion in a tree data structure, modifying the one or more templates to create output native source code, selecting one or more feature-based templates for one or more predetermined features, and updating the one or more feature-based templates with the native source code and one or more graphical user interface (GUI) design elements.*

**[6.0 (Preamble)] A system, comprising:**

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| **6. A system, comprising:** | WaveMaker Studio is a comprehensive low-code application development platform and system comprising integrated software and hardware components. WaveMaker's homepage describes it as an *"Agentic Architecture-first App Development Platform."* https://www.wavemaker.com/<br><br>The platform integrates multiple interconnected components, including a visual drag-and-drop studio, binding layers, code generation engines, and deployment tools to function as a complete software development system. https://docs.wavemaker.ai/docs/studio/overview<br><br>WaveMaker App is composed of 3 layers: (1) UI Layer—built with Pages, composed with widgets using visual drag-n-drop approach; (2) Binding Layer—integrates backend services with the front-end UI layer through REST APIs; and (3) Services Layer—represents backend services auto-generated from databases, external web services or custom Java services. https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/<br><br>Software Advice describes WaveMaker as a "cloud-based low-code development platform." https://www.softwareadvice.com/app-development/wavemaker-rapid-profile/<br><br>WaveMaker is described as an "open standards-based, API-first, full-stack, composable low-code platform for professional developers to build multi-channel apps." https://www.capterra.com/p/145219/WaveMaker-Platform/<br><br>WaveMaker's platform architecture includes interconnected client-side and server-side components, cloud infrastructure, and multiple integrated tools including WaveMaker Web Studio, React Native Studio, AutoCode, and CoPilot. https://wavemaker.ai/platform/; https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/; https://docs.wavemaker.ai/docs/studio/overview/; | **Literal Infringement.** WaveMaker Studio literally infringes the preamble requirement of "A system." The term "system" is broadly construed in patent law to mean a collection of interacting, interrelated, or interdependent elements forming a complex whole. WaveMaker Studio is an integrated software platform comprising visual design canvases, backend services, and code generation tools that work together to enable application development.<br><br>WaveMaker Studio is consistently described and marketed as a comprehensive "platform" and "system" for application development comprising multiple interconnected components, including a UI Layer, a Binding Layer, and a Services Layer, as well as design automation, code generation, and deployment tools. These components collectively form a unified, functional system for building web and mobile applications. The platform integrates various software technologies (Angular, React Native, Spring, Hibernate) and functionalities (visual UI development, database integration, API management) into a cohesive development environment. The transition phrase "comprising" means "including but not limited to," indicating the system includes the listed elements but may include others.<br><br>Third-party coverage further confirms the systemic nature of the platform. SiliconANGLE's interview with WaveMaker's head of product experience describes it as a "complete system that teams can standardize on," not a loose toolkit. The Globe Newswire press release describes the offering as a "hybrid integrated developer environment (IDE) that integrates agentic prompts with a visual canvas and code editor." Enterprise customers including FICO, FIS, AT&T, and Nokia have |

**Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6**

| | | |
|---|---|---|
| | https://www.wavemaker.com/ai/wavemaker-autocode/; https://www.wavemaker.com/ai/copilot/.<br><br>WaveMaker is described as a "scalable accelerator platform that enables developers to rapidly build enterprise-grade applications with minimal coding as well as maximal control." The "key to such a developer experience is its code generation architecture." https://www.wavemaker.com/real-code/<br><br>WaveMaker's "hybrid code generation architecture fusing agentic and template-driven modes" and its "Two-Pass Coding System" is described as "WaveMaker's architectural cornerstone." https://wavemaker.ai/platform/<br><br>Third-party press coverage confirms WaveMaker is a complete enterprise system. SiliconANGLE reports that WaveMaker launched a new agentic AI application generation system aimed at standardizing AI development, describing it as a "complete system that teams can standardize on." Vikram Srivats, Head of Product Experience, confirmed: "We have not built this for individual developers. We've built it for teams." https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/<br><br>Technobezz reports WaveMaker's platform ships as a "hybrid IDE that combines an agentic prompt interface with a visual canvas and traditional code editor," and that enterprise customers include FICO, FIS, AT&T, and Nokia. Nokia's Head of Portfolio & Architecture confirmed: "This launch is strong evidence of our aligned vision and purpose with our partner WaveMaker: enabling AI-native software development." https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams<br><br>Globe Newswire press release (Feb. 19, 2026) announces WaveMaker's "new agentic application generation system" as a "hybrid integrated developer environment (IDE) that integrates agentic prompts with a visual canvas and code editor." https://www.globenewswire.com/news-release/2026/02/19/3241064/0/en/WaveMaker-Fuses-Design-and-Development-with-Architecture-first-Agentic-Application-Generation-System-for-Enterprise-Dev-Teams.html<br><br>The WaveMaker Product Datasheet details the technology stack including Angular, React Native, Spring, and Hibernate, and capabilities such as UI components, database management, and API integration. https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf | publicly endorsed the platform as a comprehensive enterprise system.<br><br>**Doctrine of Equivalents.** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of the claimed "system" is to provide an integrated framework for application development. WaveMaker Studio performs this same function (by coupling a design-driven studio, binding layer, and template-based code generators into a unified app-generation environment). The WAY WaveMaker performs this function is by linking a visual front-end design environment with automated backend code generators, API translation tools, and deployment mechanisms into a cohesive platform (coordinating multiple software components (UI designer, WML translation layer, deterministic transpiler, and deployment engine) into a single pipeline). The RESULT is the generation of functional software applications from a unified platform, which is substantially the same result achieved by the claimed system. |

## [6(a)] a hardware processor;

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| *a hardware processor;* | WaveMaker Studio operates on hardware processors as part of its cloud-based and client-side architecture. The WaveMaker Datasheet explicitly specifies system requirements: "Intel Dual-Core 8 CPU or compatible CPU; 16 GB of RAM; 100 GB of disk space." *(sic)* https://www.wavemaker.com/wp-content/uploads/2022/06/Datasheet-WaveMaker.pdf[1]<br><br>The platform's technology stack includes server-side components: "Spring Java framework for wiring server-side components; Hibernate Object-relational mapping library for Java," which execute on hardware processors. https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>WaveMaker applications can be deployed to various cloud platforms, including AWS, Azure, and Google Cloud, which operate using hardware processors (CPUs/GPUs). https://docs.wavemaker.com/learn/app-development/deployment/deployment-overview<br><br>The platform's operation includes running "WaveMaker code generators and LLMs," which computationally process inputs into functional code, necessitating the use of hardware processors. https://docs.wavemaker.ai/blog/2026/02/18/wavemaker-enters-the-agentic-universe/; https://docs.wavemaker.ai/docs/studio/overview/.<br><br>WaveMaker's Design to Code Automation converts "Figma designs to application artifacts using AI" and generates "working Angular, React or React Native app code, using WaveMaker code generators and LLMs." These AI and LLM operations require intensive hardware processor computation. https://docs.wavemaker.ai/docs/studio/overview<br><br>WaveMaker supports "On-premise deployments," meaning applications run on customer-controlled servers containing hardware processors. https://www.softwareadvice.com/app-development/wavemaker-rapid-profile/<br><br>WaveMaker's architecture describes a "Client-side app component that works on the device you use" and "Central/remote Server component that provides backend services," both requiring hardware processors. https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/<br><br>WaveMaker-generated Angular code can be run locally using commands like "npm install," "npm run build," and "npx http-server dist," all executed by a computer's hardware processor. https://www.wavemaker.com/learn/blog/2025/02/03/maintaining-extending-generated-angular-code-outside-wavemaker-studio | **Literal Infringement.** WaveMaker Studio literally infringes the "hardware processor" limitation. Any software platform, including a cloud-based application generator like WaveMaker Studio, requires a hardware processor to execute its instructions, compile code, and render graphical user interfaces.<br><br>Critically, WaveMaker's own Product Datasheet explicitly specifies a hardware processor requirement: an Intel Dual-Core 8 CPU or compatible CPU *(sic)*[2], providing direct documentary evidence of a hardware processor. WaveMaker's platform operates through cloud-based servers with hardware processors that handle application development workflows, code generation processes, and deployment operations. The client-side Angular application runs on the user's device processor, while the server-side Java runtime executes on server processors. WaveMaker's cloud infrastructure at AWS, Azure, and other platforms operates on enterprise-grade hardware processors.<br><br>The AI/LLM-driven Design to Code Automation requires intensive computational processing by hardware processors. Technobezz independently confirmed that the first-pass AI agents are powered by LLMs including Anthropic's Claude, and that the second pass uses a fully deterministic engine— both of which execute on hardware processors. The generated applications, whether deployed on-premise or in the cloud, execute on hardware processors. Locally running generated Angular code via npm commands also requires the hardware processor of the developer's computer.<br><br>**Doctrine of Equivalents.** To the extent a Court finds non-infringement, this element is also met under the doctrine of equivalents for the same reasons stated above. |

---

[1] This quote is directly from the WaveMaker Datasheet at wavemaker.com/wp-content/uploads/2022/06/Datasheet-WaveMaker.pdf, but there is no such Intel processor.  WaveMaker likely intended to refer to an Intel 8th Gen Core processor (dual-core minimum), but in any case, this is a hardware processor.

[2] *See* note 1, *supra.*

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

| | |
|---|---|
| | Applications built with WaveMaker can be deployed on cloud or Kubernetes infrastructure. Wikipedia notes WaveMaker "allows organizations to deploy applications on either public or private cloud infrastructure." https://en.wikipedia.org/wiki/WaveMaker<br><br>Server-side Java code is written "primarily in Java" to "process or compute data," and client-side "business logic functions are written (in JavaScript) to process data," all requiring hardware processor execution. https://www.wavemaker.com/learn/app-development/wavemaker-app-development-faqs/build-app-using-low-code-approach/<br><br>Technobezz independently confirms that WaveMaker's first-pass AI agents are "powered by LLMs including Anthropic's Claude," and that the second pass is "fully deterministic. No LLM involved." Both passes require hardware processor execution. https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams<br><br>WaveMaker's microservices platform "integrates AI with modern front-end, backend, mobile, and DevOps technologies." https://wavemaker.ai/platform/ | |

**[6(b)] a front-end development software tool executed by the processor and having a first user interface (UI) element associated with a first function;**

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| *a front-end development software tool executed by the processor and having a first user interface (UI) element associated with a first function;* | WaveMaker Studio is explicitly marketed as a front-end development software tool. The platform provides an "Integrated Studio experience to develop, test, configure & deploy apps" and a "WYSIWYG Studio" that "provides human-in-the-loop control for developers." https://docs.wavemaker.ai/docs/studio/overview<br><br>WaveMaker is a "low-code development platform" enabling users to "build mobile apps through a drag-and-drop interface that offers widgets, templates, grids, interactive charts and various themes." https://www.softwareadvice.com/app-development/wavemaker-rapid-profile/<br><br>WaveMaker's UI Layer is the "Client-side app component that works on the device you use, User Interface" and is "built with Pages, which are composed with widgets using visual drag-n-drop approach." "The UI layer is built using the visual RAD approach, with drag-n-drop of widgets onto the Canvas." https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/<br><br>The platform provides dozens of out-of-the-box widgets. "Out-of-Box Widgets: Includes built-in widgets covering a range of HTML components, including form widgets, basic HTML widgets, live grids, filter widgets, chart widgets, dialogs, and layouts." Each widget is a UI element associated with a specific function. https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>WaveMaker's widget library includes: "Button is a control that can be clicked to perform an action... Live Form is a group of input elements put together to submit data... List is a widget that presents a list view of data, which contains a template for designing each list item." https://docs.wavemaker.com/learn/app-development/widgets/widget-library/<br><br>Page Artefacts documentation shows a concrete UI element and function: a button widget (<wm-button>) with on-click='formSubmitButtonClick($event, widget)' and the generated JavaScript function Page.formSubmitButtonClick = function($event, widget) { ... }. https://docs.wavemaker.com/learn/app-development/ui-design/page-artefacts/<br><br>Variables documentation: "Variables act as a bridge between the frontend UI and backend services, integrating data and services with the widgets." https://docs.wavemaker.com/learn/react-native/react-native-overview/<br><br>WaveMaker's mobile Variables documentation further confirms that variables are "tightly integrated with UI widgets; they bind data to UI components, trigger actions, and maintain application/page state." https://docs.wavemaker.ai/docs/user-interfaces/mobile/develop/integrating-with-apis/variables/<br><br>WaveMaker's API integration documentation describes a variable execution flow in which a variable is initialized, invoked, executed, and its response processed for data binding—demonstrating the programmatic association between UI elements and backend functions. | **Literal Infringement.** WaveMaker Studio literally infringes this limitation. This element requires (1) a front-end development software tool, (2) executed by the processor, and (3) having a first UI element associated with a first function. WaveMaker Studio meets all three sub-limitations.<br><br>First, WaveMaker Studio is explicitly a front-end development software tool. It is the Studio in which the user visually constructs pages, places widgets, and binds widgets to data and services. The platform enables the creation of user-facing application interfaces through visual development, generating responsive HTML, Angular, and JavaScript code for web, and React Native code for mobile. The Hybrid Developer Studio environment further confirms this by allowing developers to switch between agent, visual, and editor modes.<br><br>Second, WaveMaker Studio is executed by the processor, as all software requires a processor to run. The AI/LLM operations, code generation, design conversion, and the Studio's web-based IDE all require processor execution—both cloud-based server processors and client-side processors.<br><br>Third, WaveMaker Studio provides Out-of-Box Widgets, each of which is a UI element associated with a specific function: (1) form widgets are associated with collecting user input and data validation; (2) chart widgets are associated with displaying data visually; (3) filter widgets are associated with filtering and sorting data; (4) button widgets are associated with onClick event handler functions; (5) data grid widgets are associated with CRUD operations; (6) dialog widgets are associated with modal display and user interaction.<br><br>The WMX Widgets introduced in version 11.12.0 further confirm this pattern by enabling custom React Native components to gain "property binding, event handling, script access and theme styling"—each explicitly associating a UI element with functions. The Page Artefacts documentation shows a concrete example: a <wm-button> widget associated with a generated JavaScript event handler function (Page.formSubmitButtonClick). WaveMaker's Binding Layer explicitly associates UI elements with backend service functions through REST APIs, and WaveMaker automatically generates REST APIs for Database CRUD operations, explicitly associating UI elements with data manipulation functions. WaveMaker's "Variables act as a bridge between the frontend UI and backend services," further cementing the association between UI elements and their functions. The mobile Variables documentation confirms that variables are |

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

| | |
|---|---|
| https://docs.wavemaker.ai/docs/user-interfaces/web/develop/integrating-with-apis/<br><br>"Prefabs" are "custom widgets that are API-integrated, encapsulating functionality, interaction and data."<br>https://www.wavemaker.com/learn/documentation-reference/<br><br>WaveMaker Studio for React Native allows developers to "Build Native Mobile Apps with Web Skills, 2X Faster."<br>https://www.wavemaker.com/newscenter/announcing-react-native-studio-accelerate-ios-android-app-development/<br><br>"Event handling... Developers may customize event handling for page and component life-cycle events using JavaScript."<br>https://www.wavemaker.com/real-code/<br><br>Developer Agents can "Bind UI components to APIs, & generate UI event handling logic." https://docs.wavemaker.ai/docs/studio/overview<br><br>For CRUD operations, WaveMaker automatically generates "REST APIs for Database operations" including "Database CRUD operations for each database table." https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>WaveMaker generates "Component-Based Structure: Each page is generated as an Angular component with an isolated scope. Security & Performance: Auth guards, tree-shaking, and minification are applied to keep the code efficient and secure."<br>https://www.wavemaker.com/learn/blog/2025/02/03/maintaining-extending-generated-angular-code-outside-wavemaker-studio<br><br>WaveMaker's Hybrid Developer Studio environment allows developers to "switch between agent, visual, and editor mode to review and refine what AI generates behind the scenes." This confirms the Studio as a comprehensive front-end development tool with multiple interaction modes.<br>https://wavemaker.ai/<br><br>WaveMaker 11.12.0 introduced WMX Widgets, enabling "seamless use of custom React Native components as native WaveMaker widgets" with "property binding, event handling, script access and theme styling." This further confirms each UI element is associated with a function.<br>https://docs.wavemaker.com/learn/wavemaker-release-notes/v11-12-0/<br><br>WaveMaker's design system provides a "practical, visual environment that connects design and development." https://www.wavemaker.com/ | "tightly integrated with UI widgets," and WaveMaker's API integration documentation describes a complete variable execution flow—initialization, invocation, execution, and response processing for data binding—demonstrating the programmatic coupling between UI elements and their associated functions.<br><br>**Doctrine of Equivalents.** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this element is to provide a computational development environment with visual components enabling front-end application construction, each designed for a specific task (enabling UI design and configuration of functions through interactable UI elements). WaveMaker Studio performs this FUNCTION. The WAY is by providing a software tool on a processor with a visual interface of pre-built, selectable, configurable UI elements, property panels for configuration, event handlers for logic, and data binding mechanisms for connecting UI to backend services. The RESULT is that developers efficiently create complete front-end applications where each UI element performs its designated function, substantially the same result as the claimed invention. |

**[6(c)] a translation layer for associating the function associated with the first UI element with a device native computer code associated with a first device that converts the code representing the image in the first device into usable code to recreate the identical image in a second device; and**

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| *a translation layer for associating the function associated with the first UI element with a device native computer code associated with a first device that converts the code representing the image in the first device into usable code to recreate the identical image in a second device; and* | WaveMaker Studio includes a sophisticated translation layer through its "Design to Code Automation." WaveMaker utilizes a "highly sophisticated 2-pass generation technique": "1st pass – Figma designs are translated to an intermediate WaveMaker meta markup language (WML), which identifies UI Components, properties and design tokens using AI/LLM." "2nd pass – WaveMaker Markup (WML) is then converted to working Angular, React or React Native app code, using WaveMaker code generators and LLMs." https://docs.wavemaker.ai/docs/studio/overview<br><br>A LinkedIn post from WaveMaker's CEO confirms: "In the first pass, agentic prompts powered by large language models translate design files, images, and natural language instructions into a stack-agnostic intermediate markup. That markup captures the application's structure, component mapping, data bindings, and constraints without committing to a specific framework. In the second pass, a template-based code generator converts that markup into production-ready Angular, React, or React Native code." https://www.linkedin.com/posts/alapatimadhu_aiappdevelopment-react-angular-activity-7432467608114991105-qq5N<br><br>WaveMaker Studio for React Native "translates complex CSS and components into high quality React Native code" and "provides web developers a familiar JavaScript paradigm to create apps for both iOS and Android devices from a single codebase." https://www.wavemaker.com/newscenter/announcing-react-native-studio-accelerate-ios-android-app-development/<br><br>WaveMaker AutoCode "eliminates this complexity through integrated design-to-code translation that actually works" by translating "Material 3-based Figma designs into production-ready code ensuring pixel-perfect accuracy for UI elements, app navigation, and interactions." https://www.wavemaker.com/wavemaker-autocode-make-the-perfect-jump-from-design-to-code/<br><br>WaveMaker ensures a "Pixel-perfect translation of design elements, app navigations, and intended interactions." https://www.wavemaker.com/autocode/<br><br>The WaveMaker UI Kit / AutoCode materials confirm that AutoCode converts Figma designs to web or mobile front-end code with design tokens, components, and app functionality, and that the plugin converts a Figma UI directly to an app "complete with all the elements and user interactions." https://wavemaker.ai/wavemaker-ui-kit/<br><br>The AutoCode launch press release states that AutoCode produces "pixel-perfect front-end components," provides "pixel-perfect accuracy for UI elements, app navigation, and interactions," and is designed to deliver applications "pixel-to-pixel matched with designs." https://www.wavemaker.com/newscenter/wavemaker-launches-ai-powered-design-to-code-accelerator-for-pixel-perfect-ui-development/ | **Literal Infringement.** WaveMaker Studio literally infringes this limitation through multiple mechanisms. The Two-Pass Coding System translates design elements and UI configurations from the development environment (first device) into device-native computer code for target platforms (second device).<br><br>In the first pass, the system translates design inputs into an intermediate WaveMaker Markup Language (WML) that captures UI structure, component mapping, and function associations. As confirmed by Technobezz, this first pass uses AI agents powered by LLMs including Anthropic's Claude to convert inputs—Figma design files, images, and natural language instructions—into the stack-agnostic WML intermediate layer.<br><br>In the second pass, WaveMaker's template-based code generator—specifically described as a "custom, deterministic transpiler"—converts the WML into production-ready native code: Angular/TypeScript for web browsers or React Native/JavaScript for iOS and Android mobile devices. As the SiliconANGLE interview with WaveMaker's head of product experience confirmed, the platform deliberately avoids going "directly from intent to code" and instead uses this two-pass approach.<br><br>The translation layer associates functions configured for UI elements (event handlers, data bindings, API calls, navigation actions) with device-native computer code. For example, a button widget's onClick function is translated into the appropriate Angular event binding code for web or React Native onPress handler for mobile.<br><br>WaveMaker's AutoCode explicitly converts the "code representing the image in the first device into usable code to recreate the identical image in a second device" by taking Figma designs (visual representations in the design tool—first device) and generating Angular or React Native code that recreates "pixel-perfect" identical visual output on target devices (web browsers or mobile devices—second device). The AutoCode launch press release further confirms the output is "pixel-to-pixel matched with designs." WaveMaker's Design System project documentation confirms the final application "renders consistently across screens," and the Angular export documentation confirms the generated code is a "complete frontend codebase that accurately reflects the UI, logic, and data bindings defined in Studio." The use of design tokens ensures visual fidelity—the Design System documentation confirms a complete pipeline from "Figma file |

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

WaveMaker's Design System project documentation states that Design System projects are used to build applications with "pixel perfect implementation" and that the final application "renders consistently across screens." https://docs.wavemaker.ai/docs/design-system/design-system-project/

WaveMaker's Angular export documentation states that the generated code is a "complete frontend codebase that accurately reflects the UI, logic, and data bindings defined in Studio." https://docs.wavemaker.ai/docs/user-interfaces/web/develop/create-web-app-project/angular-project-structure/

WaveMaker's React Native architecture identifies that JSI (JavaScript Interface) connects JavaScript with native code, and that React Native components/modules bridge the JavaScript-defined UI to native elements on the device. https://docs.wavemaker.com/learn/react-native/react-native-overview/

WaveMaker's Binding Layer "integrates backend services with the front-end UI layer through REST APIs," serving as a translation layer connecting UI element functions to code-level implementations. https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/

WaveMaker generates "ORM Support: Automatically generates Object Relationship Model classes for database schema based on Hibernate and Spring standards" and "Automatically generates REST API wrappers for: Database CRUD operations." https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf

WaveMaker's architecture shows how "each layer contributes to delivering a native mobile experience" spanning "from visual components defined in the Studio to the underlying native modules that run on iOS and Android." WaveMaker uses "Markup" to define the UI, and "WaveMaker markup is converted to React Native markup during build." https://docs.wavemaker.com/learn/react-native/react-native-overview/

WaveMaker generates "clean code using popular frameworks of Angular for web and React Native for mobile." The platform generates ".ipa (iOS) or .apk (Android) files." WaveMaker also supports exporting as native libraries: "Export as a library (.aar for Android or .framework for iOS)." https://www.wavemaker.com/

WaveMaker's Two-Pass system is described as: the system "first builds intelligent meta model of UI (WaveMaker Markup Language) from design or prompt, and then converts it into clean, framework-ready code." A "custom, deterministic transpiler converts generated WML into production Angular, React JS or React Native code." https://wavemaker.ai/two-pass/

WaveMaker's Design to Code page describes how "AutoCode converts Figma designs to application artifacts using AI" and "detects components used in your Figma design and maps them to corresponding components in WaveMaker." https://wavemaker.ai/design-to-code/

WaveMaker's code generators "convert final app markup to production-ready Angular/React/React Native code." https://wavemaker.ai/platform/

→ Autocode Plugin → token JSON → app UI," with Figma variables compiled into platform-specific CSS variables using Amazon Style Dictionary.

The Binding Layer further acts as a translation mechanism, mapping design-time UI-to-service associations into REST API calls in the generated code. The generation of device-specific binary outputs (.ipa for iOS, .apk for Android, .aar and .framework native libraries) further confirms the code is converted into usable code native to the second device.

**Doctrine of Equivalents.** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of the claimed translation layer is to translate a graphical design and its associated functions from a design environment into deployable native code for a target device, ensuring consistent application appearance. WaveMaker's Design to Code Automation and Binding Layer perform this function. The WAY is by using a two-pass generation technique (Figma to WML to native code), parsing visual layout and logic bindings, and compiling them through a custom deterministic transpiler to output React Native or Angular frameworks. The RESULT is the pixel-perfect recreation of the identical UI design and functionality on the target device, providing a seamless user experience, which is substantially the same result.

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

Technobezz independently confirms: "The platform uses a two-pass architecture. In the first pass, AI agents (powered by LLMs including Anthropic's Claude) convert inputs into WaveMaker Markup Language (WML), a stack-agnostic intermediate layer... The second pass is fully deterministic. No LLM involved. WaveMaker's template-based generators take the validated WML and produce production-ready code in Angular, React, or React Native. Same input, same output, every time."
https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams

SiliconANGLE interview with Vikram Srivats (Head of Product Experience) confirms: "We don't go directly from intent to code. We actually have what's called a two-pass model." The intermediate markup layer is described as lighter than raw code, reducing LLM token costs.
https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/

WaveMaker's Design System documentation confirms the full design token pipeline: "Figma file → Autocode Plugin → token JSON → app UI." Design tokens are compiled into platform-specific output: "Web → CSS variables :root { --color-primary: #E8925C; }" using Amazon Style Dictionary.
https://docs.wavemaker.com/learn/design-system/overview/

Third-party: "WaveMaker Studio for React Native provides web developers a familiar JavaScript paradigm to create apps for both iOS and Android devices from a single codebase, and translates complex CSS and components into high quality React Native code."
https://www.globenewswire.com/news-release/2024/10/01/2956072/0/en/WaveMaker-Announces-React-Native-Studio-Accelerates-iOS-and-Android-App-Development.html

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

**[6(d)] a template that converts data from the first function into computer code that is native to the second device by recursively selecting one or more templates for each portion in a tree data structure, modifying the one or more templates to create output native source code, selecting one or more feature-based templates for one or more predetermined features, and updating the one or more feature-based templates with the native source code and one or more graphical user interface (GUI) design elements.**

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| *a template that converts data from the first function into computer code that is native to the second device by recursively selecting one or more templates for each portion in a tree data structure, modifying the one or more templates to create output native source code, selecting one or more feature-based templates for one or more predetermined features, and updating the one or more feature-based templates with the native source code and one or more graphical user interface (GUI) design elements.* | **[Templates]** WaveMaker's code generation engine relies on a template-based and component-based architecture. WaveMaker explicitly uses a "template-based code generator" that "converts that markup into production-ready Angular, React, or React Native code." https://www.linkedin.com/posts/alapatimadhu_aiappdevelopment-react-angular-activity-7432467608114991105-qg5N<br><br>WaveMaker offers "widgets, templates, grids, interactive charts and various themes" through its interface. The WaveMaker UI Kit is an "Open-source UI library for Angular and React Native, aligned with Material 3 design guidelines." WaveMaker includes "built-in templates for pages (e.g., login pages/dashboards) and templates for widgets." https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>WaveMaker's "hybrid code generation architecture fusing agentic and template-driven modes" and its "Two-Pass Coding System" is described as "WaveMaker's architectural cornerstone." A "custom, deterministic transpiler converts generated WML into production Angular, React JS or React Native code." https://wavemaker.ai/platform/ ; https://wavemaker.ai/two-pass/<br><br>**[Recursively Selecting Templates for Tree Data Structure]** WaveMaker applications are structured hierarchically—pages contain containers, which contain widgets, which may contain child widgets—forming a tree data structure. The "UI Layer is built with Pages, which are composed with widgets." https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/<br><br>"Each page is generated as an Angular component with an isolated scope." The generation process recursively processes each node in the component tree. https://www.wavemaker.com/learn/blog/2025/02/03/maintaining-extending-generated-angular-code-outside-wavemaker-studio<br><br>The WML captures "the application's structure, component mapping, data bindings, and constraints"—inherently a tree data structure. The template-based code generator traverses this tree, selecting the appropriate template for each component. https://www.linkedin.com/posts/alapatimadhu_aiappdevelopment-react-angular-activity-7432467608114991105-qg5N<br><br>"WaveMaker markup is converted to React Native markup during build." Each node in the markup tree is recursively matched to a corresponding React Native component template. https://docs.wavemaker.com/learn/react-native/react-native-overview/<br><br>Product walkthrough: "Page Structure section" shows "the various elements placed on the Page and their hierarchy" and "Widget hierarchy shows the widget construct and allows you to traverse to the parent container." | **Literal Infringement.** WaveMaker Studio literally infringes this limitation. This element requires a template that converts data from the first function into computer code native to the second device through four specific sub-processes. WaveMaker meets each sub-limitation.<br><br>***Recursively Selecting Templates in a Tree Data Structure:*** WaveMaker applications are structured as a hierarchical tree—pages contain containers, containers contain widgets, and widgets may contain child widgets. The WML intermediate markup captures the application's structure as nested tags (e.g., <wm-page> containing <wm-content> containing <wm-button>). The Page Structure section shows element hierarchy and the Widget hierarchy allows traversal to parent containers. WaveMaker's own documentation confirms that the component tree has historically extended up to Level 150 in depth, and even after flattening optimizations in more recent releases, the hierarchical tree structure remains fundamental to the platform's architecture. The React Native DevTools documentation further confirms the tree by showing a "React component hierarchy" and "component tree visualization."<br><br>During code generation, WaveMaker recursively processes each portion of this tree, selecting the appropriate component template for each widget node. "WaveMaker markup is converted to React Native markup during build." Angular's component-based architecture further reinforces the tree structure, as each page is generated as an Angular component. The process is recursive because the code generator traverses the nested hierarchy—page templates contain references to container templates, which contain references to widget templates. As Technobezz confirmed, the deterministic second pass uses "template-based generators" that take "validated WML" and produce framework-specific code—the same input produces the same output every time, confirming a systematic, recursive traversal of the tree.<br><br>***Modifying Templates to Create Output Native Source Code:*** WaveMaker's 2-pass generation converts WML to working Angular, React, or React Native app code. Templates are not output as-is; they are modified by incorporating specific component properties, data |

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/

"Auto Layout organizes elements into responsive hierarchies, ensuring better behavior during conversion." https://docs.wavemaker.com/learn/figma-autocode-plugin/design-guidelines

WaveMaker's Tree widget explicitly operates on tree data structures with node labels, node icons, node children, and hierarchical parent-child relationships. https://www.wavemaker.com/learn/app-development/widgets/basic/tree/

WaveMaker's component tree depth extends up to Level 150 as confirmed by WaveMaker documentation on Expo 51 and React Native 0.74: "the component tree is significantly flattened, enabling automation tools like Appium to access deeper elements in the component tree." The documentation explicitly describes "the hierarchical structure of the app's UI elements, showing how components are organized within different layers of the app. The hierarchy extends up to Level 150, suggesting a deep structure." https://docs.wavemaker.com/learn/blog/2024/09/25/addressing-accessibility-issues/

WaveMaker's React Native DevTools documentation states that the Components panel shows a "React component hierarchy" and provides "component tree visualization," directly confirming the tree data structure used in code generation. https://docs.wavemaker.ai/docs/user-interfaces/mobile/testing-and-debugging/community-debugging-tools/react-native-devtools/

WaveMaker's Page Elements documentation (WML markup tree) notes the following:

```
<!-- Default Page Markup -->
<wm-page name="mainpage" pagetitle="Main">
<wm-left-panel columnwidth="2" name="leftpanel" content="leftnav"
navtype="rail" navheight="full"></wm-left-panel>
<wm-content name="content">
<wm-header content="header" name="header" height="auto"></wm-header>
<wm-page-content columnwidth="10" name="mainContent"></wm-page-content>
<wm-footer name="footer" content="footer"></wm-footer>
</wm-content>
</wm-page>
```

showing a clear parent-child tree structure (wm-page → wm-content → wm-header/wm-page-content/wm-footer). (https://docs.wavemaker.ai/docs/user-interfaces/mobile/develop/page/)

WaveMaker's Using Tree Widget documentation notes: "We will build a tree using a simple static structure. Drag and drop a tree widget in your canvas. Tree widget comes with multiple nodes… In this code we are specifying the node structure – the label on each node, icon to be displayed at each node and any child-level nodes." (https://docs.wavemaker.com/learn/how-tos/using-tree-widget/)

[Modifying Templates to Create Native Source Code] WaveMaker's 2nd pass converts WML "to working Angular, React or React Native app code, using WaveMaker code generators and LLMs." Templates are modified with specific UI

bindings, styling, design tokens, and business logic to produce customized native source code. WaveMaker Angular generates "templates that include markup for widgets and input bindings." The output can be exported as Maven projects (WAR files for Tomcat), and for mobile, compiles to .ipa (iOS) or .apk (Android) files—confirming the generation of output native source code. WaveMaker generates "open standards-based source code (Angular 18, Java, Spring) that can be exported and modified."

***Selecting Feature-Based Templates for Predetermined Features:*** WaveMaker provides Out-of-Box Widgets (form widgets, chart widgets, filter widgets, live grids, dialogs, layouts)—each is a feature-based template for a predetermined feature. The platform provides dozens of such pre-built components. The AutoCode AI model "detects important groups such as Forms, Lists, Cards and generates corresponding code" and "maps them to corresponding components in WaveMaker"—automated selection of feature-based templates. "Prefabs" serve as additional reusable, feature-specific templates, described as "the building blocks that enable composable architecture." Widget templates are "predetermined" because they exist before the user begins building, and "feature-based" because each is designed for a specific application feature. WaveMaker's ML model built on FastText further "analyze[s] component relationships" to intelligently select appropriate templates.

***Updating Feature-Based Templates with Native Source Code and GUI Design Elements:*** After selecting templates, WaveMaker's code generation updates them with: (1) native source code—Angular, React, or React Native code implementing widget functionality; and (2) GUI design elements—visual properties, design tokens (colors, typography, spacing), layout configurations, data bindings, and user-defined styling. The Autocode pipeline generates design tokens "mapped to UI component library." Figma variables are translated into the WaveMaker UI Kit as JSON Style Dictionary files. The Design System documentation confirms tokens are compiled into platform-specific CSS variables using Amazon Style Dictionary, and that tokens ensure "every component in your app follows the same style rules."

The Design System project documentation further confirms that the Style Workspace manages token values, component variants, and structured override files, and that the final application "renders consistently across screens." WaveMaker's Angular export documentation independently confirms that the generated code is a "complete frontend codebase that accurately reflects the

| | |
|---|---|
| element properties, data bindings, styling, design tokens, and business logic. https://docs.wavemaker.ai/docs/studio/overview<br><br>WaveMaker Angular generates "templates that include markup for widgets and input bindings"—base templates are modified by injecting widget-specific markup, binding expressions, and styling. Developers can "add custom or third-party Angular components to extend the generated ones." https://www.wavemaker.com/learn/blog/2025/02/03/maintaining-extending-generated-angular-code-outside-wavemaker-studio<br><br>The output is a "standard Expo-based React Native project" that is "fully compatible with the broader React Native ecosystem." WaveMaker generates "open standards-based source code (Angular 18, Java, Spring) that can be exported and modified." The platform can be "exported as a Maven project and deployed as a WAR to app servers (e.g., Tomcat)." https://docs.wavemaker.com/learn/react-native/react-native-overview/ ; https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>**[Feature-Based Templates]** WaveMaker provides "Out-of-Box Widgets" covering "form widgets, basic HTML widgets, live grids, filter widgets, chart widgets, dialogs, and layouts." The platform provides dozens of pre-built components, each serving as a feature-based template for a predetermined feature. https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf<br><br>WaveMaker's AutoCode "detects important groups such as Forms (single step and multi step), Lists, Cards and generates corresponding code" and "detects components used in your Figma design and maps them to corresponding components in WaveMaker." https://wavemaker.ai/design-to-code/<br><br>"Prefabs" are "customizable, reusable, distributable, components/widgets" and "the building blocks that enable composable architecture through WaveMaker." "Prefabs are reusable UI and logic components. Once created and connected to backend APIs, they can be reused across multiple apps." https://docs.wavemaker.com/learn/react-native/react-native-overview/; https://web.archive.org/web/20251008104348/https://www.wavemaker.com/guide-to-wavemaker-low-code-prefabs/ (formerly https://www.wavemaker.com/composable-architecture-with-wavemaker-low-code/)<br><br>WaveMaker's mobile Prefabs documentation defines Prefabs as reusable, pre-built component templates that "encapsulate complex functionality, business logic, and styling." https://docs.wavemaker.ai/docs/user-interfaces/mobile/enterprise-capabilities/prefabs/<br><br>Custom widget templates: "Apply custom template for widget... You can use this feature to change the look and feel of the widgets." The widget-template documentation shows that a developer can select a widget template from the canvas, bind template fields, create the template, and then notify a widget to use that template through page script. https://docs.wavemaker.com/learn/how-tos/custom-widget-template/ ; https://docs.wavemaker.ai/docs/guide/migrated-docs/custom-widget-template/<br><br>WaveMaker CoPilot "generates layouts, components, pages, backend-for-frontend APIs." https://docs.wavemaker.ai/docs/studio/overview | UI, logic, and data bindings defined in Studio." Technobezz independently confirms that design tokens, component styles, and layout rules "propagate automatically across every application built on the platform." The design-time binding process confirms templates are updated with both functional data and GUI design elements. Each generated page produces multiple persistent files containing native code updated with GUI elements (e.g., component.js, style.js, script.js, and variables.js for React Native).<br><br>**Doctrine of Equivalents.** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this limitation is to generate device-native code by applying and modifying templates across a structured hierarchy of UI components, incorporating platform-specific executable instructions and visual components. WaveMaker performs this FUNCTION through its design-to-code automation and 2-pass generation. The WAY is by parsing the intermediate markup (WML) tree and recursively applying component-specific code templates for every feature, selecting specialized pre-built structures for predefined UI features, modifying templates with specific configurations, and injecting corresponding native source code and GUI elements. The RESULT is complete, syntactically correct native source code tailored to the target device that faithfully represents the user's design, which is substantially the same result. |

Ex. C - INFRINGEMENT CLAIM CHART — U.S. Patent No. 11,816,459 B2 — Claim 6

Technobezz confirms: "The second pass is fully deterministic. No LLM involved. WaveMaker's template-based generators take the validated WML and produce production-ready code in Angular, React, or React Native. Same input, same output, every time." This confirms templates are deterministically applied to each portion of the tree. https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams

[Updating Feature-Based Templates with Native Source Code and GUI Design Elements] WaveMaker's 2nd pass generation converts WML into "working Angular, React or React Native app code"—updating widget templates with specific native source code and GUI design elements. https://docs.wavemaker.ai/docs/studio/overview

The Autocode feature generates "a comprehensive set of Design Tokens that are mapped to UI component library"—design tokens (colors, typography, spacing) are GUI design elements used to update templates. https://docs.wavemaker.ai/docs/studio/overview

WaveMaker translates "Figma variables, modes and design tokens" and maps "all the design tokens maintained as variables in the Figma UI to JSON files in the form of Style Dictionary." https://www.wavemaker.com/autocode/; https://www.wavemaker.com/newscenter/wavemaker-launches-ai-powered-design-to-code-accelerator-for-pixel-perfect-ui-development/.

WaveMaker's Design System documentation confirms the complete token pipeline: designers define base design tokens in Figma, the AutoCode Plugin extracts and converts them into "WaveMaker-readable JSON structures," and the Style Workspace allows real-time editing. Tokens are compiled into platform-specific output using Amazon Style Dictionary: "Web → CSS variables :root { --color-primary: #E8925C; }." Tokens ensure "every component in your app follows the same style rules." https://docs.wavemaker.com/learn/design-system/overview/

WaveMaker's Design System project documentation further confirms that the Style Workspace lets developers modify token values, create and manage component variants, extend styles safely, and that WaveMaker generates structured override files and overridden token definitions. The final application "renders consistently across screens." https://docs.wavemaker.ai/docs/design-system/design-system-project/

WaveMaker's Angular export documentation confirms that the generated code is a "complete frontend codebase that accurately reflects the UI, logic, and data bindings defined in Studio," confirming that templates are updated with both native source code and GUI design elements. https://docs.wavemaker.ai/docs/user-interfaces/web/develop/create-web-app-project/angular-project-structure/

Each generated React Native page produces: "component file (PageName.component.js)... style file (PageName.style.js)... script file (PageName.script.js)... variables file (PageName.variables.js)." https://docs.wavemaker.com/learn/react-native/extending-reactnative-apps/

WaveMaker AutoCode "uses a machine learning model built on FastText to analyze component relationships that Figma's metadata does not capture." https://www.wavemaker.com/wavemaker-autocode-make-the-perfect-jump-from-design-to-code/

| | | |
|---|---|---|
| | The Theme Builder "enables customization and can be applied to multiple applications." Release notes confirm updates including "new layouts for the Wizard widget, animation support for label widget, and enhanced customization for chips." https://www.wavemaker.com/learn/wavemaker-release-notes/ <br><br> Technobezz confirms that WaveMaker's platform "makes design systems an enforced part of the build process" with a "visual style workspace where teams define design tokens, component styles, and layout rules. These aren't suggestions. They propagate automatically across every application built on the platform." The pipeline starts in Figma, where AutoCode "analyzes Figma designs, identifies components, maps them to its enterprise UI kit (built on Material Design with Material 3 defaults), and generates matching design tokens." https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams | |

## INDIRECT INFRINGEMENT BY WAVEMAKER

On information and belief, Defendant, in addition to directly infringing the Asserted Patents, infringes each of the Asserted Patents indirectly. WaveMaker actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011). WaveMaker's affirmative acts of inducement include, without limitation, publishing detailed documentation, tutorials, and training materials that instruct customers on how to use the infringing features of the Accused Products, including the visual drag-and-drop UI design tools, code generation engine, and design-to-code automation pipeline described herein.

Knowledge. On information and belief, WaveMaker has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. WaveMaker's knowledge will be further established through pre-suit notice and/or the filing of this action.

Affirmative Acts of Inducement. WaveMaker actively induces infringement by affirmatively acting to cause others, including its customers, to infringe.

Plaintiff will seek additional discovery regarding Defendant's knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by WaveMaker.

## RESERVATION OF RIGHTS

This claim chart is based on publicly available literature regarding Defendant's products. Plaintiff reserves the right to amend or further supplement this claim chart based on Defendant's internal documentation obtained through discovery, including technical documentation such as schematics, source code, architecture diagrams, and datasheets. The infringement charts set forth herein are illustrative rather than exhaustive.

Plaintiff further reserves the right to assert additional claims of the '459 patent, additional accused products and services, and additional theories of infringement, including indirect infringement (induced and contributory infringement under 35 U.S.C. § 271(b) and (c)), as warranted by the evidence developed during discovery.