# EXHIBIT D

# Ex. D to Complaint

## PATENT INFRINGEMENT CLAIM CHART

### U.S. Patent No. 12,118,335 B2 — "GUI Generation System"

**Claim 19**

**Accused Product: WaveMaker Studio by WaveMaker, Inc.**

This chart provides details regarding only one example of Defendant's infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

This claim chart is based on publicly available literature regarding Defendant's products. Plaintiff will be seeking Defendant's internal documentation and confidential information, including technical documentation such as schematics and datasheets as well as source code, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart.

This claim chart specifically addresses infringement of one claim of the above-specified patent by Defendant's product indicated above. This accused product is representative of Defendant's infringement of the claim. While this chart specifically addresses the functionality of one product, these infringement charts are illustrative rather than exhaustive and they are representative of, and apply to, all Accused Instrumentalities based on the fact that all the Accused Products infringe in the same general way. This chart provides Defendant with adequate understanding of the infringement case against not just one product, but all of the Accused Instrumentalities.

The term "Accused Products" or "Accused Instrumentalities" as used herein is defined as it is in the Complaint, which is hereby incorporated by reference, and refers to all products manufactured, used, tested, imported, offered for sale, or sold by or on behalf of Defendant that practice the Patents-in-Suit, and all processes employed by Defendant that practice the Patents-in-Suit, consisting of at least Defendant's products, including by way of example and without limitation the list of products included in the Accused Instrumentalities in the Complaint.

NOTE: By charting the preamble, Plaintiff does not concede that the preamble is a limitation and Plaintiff reserves the right to contend that the preamble is not a limitation of the claim.

| Claim Language | Evidence of Infringement | Analysis |
|---|---|---|
| **19[preamble] A user interface (UI) Platform system comprising:** | WaveMaker Studio is described as a "low-code platform for developing modern and secured applications, including native mobile apps and scalable web apps." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, 2026)). The platform provides a "rich design experience with over 80 out-of-the-box widgets" which are identified as "UI elements, which make your app functional without coding." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, 2026)). WaveMaker's architecture defines a "UI Layer is built with Pages, which are composed with widgets using visual drag-n-drop approach" and a "Binding Layer integrates backend services with the front-end UI layer through REST APIs." | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "A user interface (UI) Platform system." WaveMaker Studio is a comprehensive system that provides a platform for designing and building user interfaces for web and mobile applications. WaveMaker explicitly markets its offering as a "Platform" and provides an integrated studio experience for developing, testing, configuring, and deploying applications (https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)). Central to its functionality is the creation of user interfaces, |

(https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)).

WaveMaker is referred to as a "Rapid Application Development Platform" (https://www.wavemaker.com/rapid-app-development-studio/ (last visited March 15, 2026)) and described as having a "hybrid code generation architecture fusing agentic and template-driven modes" with a "Two-Pass Coding System" that is "WaveMaker's architectural cornerstone" (https://www.wavemaker.com/ (last visited March 15, 2026)).

WaveMaker also offers a "WaveMaker UI Kit" which is an open-source UI library for Angular and React Native, aligned with Material 3 design guidelines, including responsive components, design tokens, and accessibility support (https://www.wavemaker.com/ai/wavemaker-ui-kit/ (last visited March 15, 2026)).

WaveMaker "platform focuses on 3 key areas to provide acceleration to large teams: (1) Design to code automation ... (3) Integrated Studio experience to develop, test, configure & deploy apps." (https://docs.wavemaker.ai/docs/studio/overview/ (last visited March 15, 2026)). WaveMaker "Platform provides [a] well-architected UI framework [and] a comprehensive component library ... Platform uses component-based architecture and a meta markup known as WaveMaker Markup Language (WML) to represent components within a page." (https://docs.wavemaker.ai/docs/user-interfaces/web/concepts/overview/ (last visited March 15, 2026)).

WaveMaker further describes itself as an "AI Code Gen Platform: Lightning Fast, Pixel Perfect" that enables users to "Generate beautiful UI components & layouts from your design system." (https://www.wavemaker.com/home-page-ai/ (last visited March 15, 2026)).

Third-party corroboration: "WaveMaker Studio for React Native ... [is] the integrated low code driven development environment [with] tools for testing, debugging, installer creation and deployment." (https://www.globenewswire.com/news-release/2024/10/01/2956072/0/en/WaveMaker-Announces-React-Native-Studio-Accelerates-iOS-and-Android-App-Development.html (last visited March 15, 2026)).

WaveMaker Studio is described as "a WYSIWYG rapid development tool that allows business users to compose an application using a drag-and-drop method." (https://www.wavemaker.com/what-is-low-code-app-development/ (last visited March 15, 2026)).

On February 19, 2026, WaveMaker announced its "agentic application generation system," described as "a hybrid integrated developer environment (IDE) that integrates agentic prompts with a visual canvas and code editor." The announcement states: "Its unique two-pass code generation methodology preserves a standardized, structured application development pattern with an architecture-first approach to automating developer tasks with agents." (https://www.globenewswire.com/news-release/2026/02/19/3241064/0/en/WaveMaker-Fuses-Design-and-Development-with-Architecture-first-Agentic-Application-Generation-System-for-Enterprise-Dev-Teams.html (last visited March 15, 2026)).

as evidenced by its "UI Layer," which is built with Pages composed of widgets using a visual drag-and-drop approach. WaveMaker offers a dedicated "WaveMaker UI Kit" containing responsive components, design tokens, and accessibility support. The platform's three-layered architecture (UI, Binding, and Services) confirms it is a "system" in the fullest sense, comprising multiple integrated components working together to produce user interfaces. The term "user interface (UI)" is directly addressed by WaveMaker's focus on providing "UI elements" and a "UI Layer" for creating the visual and interactive aspects of applications. WaveMaker's WML (WaveMaker Markup Language) meta markup for representing UI components within a page further confirms the platform is architected around user-interface generation and management.

The accused product is not merely a widget library or isolated plugin; it is a unified platform with a visual Studio, component library, design system, and code-generation pipeline.

WaveMaker directly infringes by making and using the claimed system when it develops, operates, and provides the WaveMaker Studio platform to its users. Each claimed component of the "UI Platform system" exists within the WaveMaker Studio system as provided to users, and WaveMaker itself uses the system in the course of operating its cloud-based platform offering.

The February 2026 launch of WaveMaker's "agentic application generation system" further confirms the platform nature of the accused product. WaveMaker now expressly describes itself as "a hybrid integrated developer environment (IDE) that integrates agentic prompts with a visual canvas and code editor," confirming that the product is a comprehensive platform system — not merely a code assistant or widget toolkit. The use by major enterprises such as Nokia as a standardized development platform provides additional evidence that the accused product functions as a "UI Platform system."

**Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of a user interface (UI) platform system is to provide an integrated environment and tools for designing, developing, and managing user interfaces for applications. WaveMaker Studio performs this function by offering a comprehensive suite of tools for creating web and mobile application UIs,

| | | |
|---|---|---|
| | SiliconANGLE reported that WaveMaker "announced the launch of a new agentic artificial intelligence application generation system aimed at standardizing AI development." Head of Product Experience Vikram Srivats stated: "We don't go directly from intent to code. We actually have what's called a two-pass model." The article further states: "WaveMaker's answer is to generate a lightweight intermediate 'WaveMaker markup' first, then translate it into production code with a deterministic generator." (https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/ (last visited March 15, 2026)). | including a UI Layer with drag-and-drop widgets and a dedicated UI Kit. The WAY WaveMaker Studio performs this function is by enabling users to visually construct UIs, integrate them with backend services, and deploy applications, which is substantially the same way a claimed UI platform system operates. The RESULT is the efficient creation of functional and scalable applications with user interfaces, which is substantially the same result achieved by the claimed UI Platform system. |
| | Technobezz reported: "In the first pass, AI agents (powered by LLMs including Anthropic's Claude) convert inputs into WaveMaker Markup Language (WML), a stack-agnostic intermediate layer. Those inputs can be Figma designs, images, or plain text prompts. The AI identifies UI components, maps them to WaveMaker's enterprise component library, and generates structured markup.... The second pass is fully deterministic. No LLM involved. WaveMaker's template-based generators take the validated WML and produce production-ready code in Angular, React, or React Native." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | |
| | Nokia's Mikko Jarva, Head of Portfolio and Architecture, stated: "This launch is strong evidence of our aligned vision and purpose with our partner WaveMaker: enabling AI-native software development and building better applications faster for the AI era." WaveMaker and Nokia won Gold at the Juniper Research Future Digital Awards for Telco Innovation 2026. (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | |
| **19[a] a computer processor; and** | WaveMaker Studio is a cloud-based and on-premise software development platform that operates on computing hardware. WaveMaker's official system requirements identify a processor expressly: "Hardware Configuration: Intel Dual-Core 8 CPU or compatible CPU; 16 GB of RAM; 100 GB of disk space." (https://docs.wavemaker.com/learn/app-development/wavemaker-overview/pre-requisites/ (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "a computer processor." WaveMaker's own system requirements expressly call for an "Intel Dual-Core 8 CPU or compatible CPU." WaveMaker Studio, as a software development platform, inherently relies on one or more computer processors to execute its functions. The platform operates on computing hardware both for its development environment (cloud-based or on-premise servers) and for the client-side applications it generates. The React Native architecture's references to JSI, Turbo Modules, and Native Modules confirm code execution on device processors. The February 2026 platform's use of LLM-powered AI agents further confirms active processor utilization for code generation tasks. |
| | WaveMaker's platform architecture describes an "App Architecture" with a "Client-side app component that works on the device you use, User Interface" and a "Central/remote Server component that provides backend services" (https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)). | |
| | WaveMaker applications execute code on processors both client-side and server-side. The React Native architecture includes "JSI (JavaScript Interface): A bridge layer that connects JavaScript with native code" and "Turbo Modules: Optimized native modules accessed via JSI for better performance" and "Native Modules: Platform-specific features (e.g., camera, storage) exposed to the JS layer" (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026)). | **Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of "a |

| | | |
|---|---|---|
| | WaveMaker offers both cloud-based (WMO) and on-premise (WME) deployment: "WMO is a cloud-based product" and "WME is an on-premise product" (https://docs.wavemaker.com/learn/v10.15/documentation-reference/ (last visited March 15, 2026)). <br><br> Technobezz confirms WaveMaker's AI agents are "powered by LLMs including Anthropic's Claude," confirming active computational processing on both the AI generation side and the code compilation side. (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | computer processor" is to execute instructions and perform computational tasks. WaveMaker Studio and the applications it generates rely on CPUs present in client devices, developer workstations, and server infrastructure to render UI, execute logic, and perform code generation/build tasks. The WAY these hardware components operate is substantially the same as a generic "computer processor," interpreting and executing program instructions. The RESULT is the successful execution and operation of the software and applications, which is substantially the same result achieved by the claimed computer processor. |
| **19[b] a computer readable non-transitory storage medium coupled to the processor and containing:** | WaveMaker Studio and the applications it generates are stored on persistent storage media. The platform architecture describes multiple layers of stored code and data: "UI Layer is built with Pages, which are composed with widgets using visual drag-n-drop approach" and "Services Layer represents backend services auto-generated from databases, external web services or custom Java services etc." (https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)). <br><br> WaveMaker generates and stores code files persistently. The documentation describes that "WaveMaker generates a standard Expo-based React Native project" and that generated code can be "exported and maintained outside the WaveMaker environment" (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026); https://www.wavemaker.com/react-native/ (last visited March 15, 2026)). <br><br> Each page is stored as a set of files: "component file (PageName.component.js)... style file (PageName.style.js)... script file (PageName.script.js)... variables file (PageName.variables.js)" (https://docs.wavemaker.com/learn/react-native/extending-reactnative-apps/ (last visited March 15, 2026)). <br><br> WaveMaker offers both cloud-based (WMO) and on-premise (WME) deployment, both of which utilize persistent storage (https://docs.wavemaker.com/learn/v10.15/documentation-reference/ (last visited March 15, 2026)). <br><br> The platform uses version control systems like Git for persistent code storage (https://www.wavemaker.com/how-wavemaker-helps-web-devs-build-beautiful-native-mobile-apps-fast/ (last visited March 15, 2026)). WaveMaker's 2025 datasheet states that the platform "supports persisting application source code in enterprise repositories like GitLab and Bitbucket." (https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf (last visited March 15, 2026)). <br><br> Developer Utilities provide access to "Files generated for the app through File Explorer" and permit management of "Templates, Themes, Prefabs etc." and allow users to "update project source." (https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/ (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "a computer readable non-transitory storage medium coupled to the processor and containing" specific elements. WaveMaker Studio, as a software development platform, and the applications it generates, inherently rely on computer readable non-transitory storage mediums. The platform itself must be stored and executed from persistent storage, whether on cloud servers (WMO) or on-premise infrastructure (WME). The applications created using WaveMaker Studio are comprised of code, data, and configurations that are persistently stored. Each generated page produces multiple persistent files including component, style, script, and variables files. These storage mediums (hard drives, SSDs, cloud storage) are physically or logically "coupled to the processor" of the computing device running WaveMaker Studio or the deployed applications. The platform's integration with enterprise repositories like GitLab and Bitbucket confirms persistent, non-transitory storage of generated source code. WaveMaker's own statement that applications are "long-lived" and produce "real code" that developers "have in hand" reinforces that the platform generates persistent, non-transitory code artifacts. <br><br> **Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of "a computer readable non-transitory storage medium coupled to the processor and containing" is to provide persistent storage for instructions and data that a processor can access and execute. WaveMaker Studio and its generated applications use various forms of persistent digital storage (hard drives, SSDs, cloud storage, enterprise Git repositories) that serve this function. The WAY these storage mediums operate is substantially the same, storing |

| | | |
|---|---|---|
| | SiliconANGLE reports that WaveMaker Head of Product Experience Vikram Srivats emphasized the persistence of code: "All the applications built on our system are long-lived applications. You have code in hand… This is real code." (https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/ (last visited March 15, 2026)).<br><br>Technobezz confirms: "The studio plugs into existing development infrastructure: Git and Bitbucket for source control, artifact repositories, API marketplaces, and deployment to AWS, Azure, Kubernetes, or on-premises setups." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | binary data and instructions in a stable, non-volatile manner. The RESULT is the persistent availability of software components and data enabling the WaveMaker platform and its applications to operate and perform their intended functions, which is substantially the same result achieved by the claimed storage medium. |
| **19[c] a front end development software tool comprising at least a first UI element associated with a first function,** | WaveMaker Studio is explicitly a front end development tool. The Developers Guide states: "The Studio offers rich design experience with over 80 out-of-the-box widgets, ready to consume APIs." and "Widgets are UI elements, which make your app functional without coding." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, 2026)).<br><br>The development workflow explicitly associates UI elements with functions: "Step-1: Design your app by dragging-and-dropping widgets on the page... Step-2: Create or import a backend service. It can be a data service, web service, java service, security service, or use a third-party API. Step-3: In a few simple clicks, using variables, integrate the backend service with the widgets." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, 2026)).<br><br>The extensive widget library includes buttons, forms, lists, tables, charts, trees, and many more, each associated with specific functions: "Button is a control that can be clicked to perform an action... Live Form is a group of input elements put together to submit data... List is a widget that presents a list view of data, which contains a template for designing each list item." (https://docs.wavemaker.com/learn/app-development/widgets/widget-library/ (last visited March 15, 2026)).<br><br>WaveMaker's page markup system shows how UI elements are defined with associated functions, e.g., "<wm-button class='btn-default' caption='Button' type='button' name='formSubmitButton' on-click='formSubmitButtonClick($event, widget)'>" and the generated JavaScript function "Page.formSubmitButtonClick = function($event, widget) { ... }" (https://docs.wavemaker.com/learn/app-development/ui-design/page-artefacts/ (last visited March 15, 2026)).<br><br>WaveMaker states that users can "Bind data to widgets visually at design time" and "Dynamically bind runtime data to widgets for responsive application design." (https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf (last visited March 15, 2026)).<br><br>WaveMaker also offers "Prefabs" described as "custom widgets that are API-integrated, encapsulating functionality, interaction and data." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "a front end development software tool comprising at least a first UI element associated with a first function." WaveMaker Studio is plainly a front end development software tool — it is the Studio in which users visually construct pages, place widgets, and bind those widgets to data and services. The "first UI element" requirement is satisfied by any of the documented widgets, including the button shown in the Page Artefacts documentation. The "first function" requirement is satisfied by the documented behavior attached to the widget — e.g., an on-click event handler, data binding, form submission, navigation, display of data, or filtering. WaveMaker's own materials expressly say that widgets are "UI elements" and that they make the app "functional," which is direct evidence that the platform contains UI elements associated with concrete functions. The markup example showing <wm-button ... on-click="formSubmitButtonClick($event, widget)"> with a corresponding JavaScript function demonstrates a direct, programmatic association between a UI element and a function. WaveMaker's Variables "act as a bridge between the frontend UI and backend services," further associating each UI element with underlying operational logic. The Technobezz article confirms the studio offers three integrated modes (agentic prompts, visual canvas, and code editor) for front-end development, while G2 user reviews corroborate the drag-and-drop widget-to-code generation workflow.<br><br>**Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of the claimed "first UI element associated with a first function" is to provide a visible and interactive component within a front-end development environment that performs a specific task |

| | | |
|---|---|---|
| | 2026)). WaveMaker documents that "Variables act as a bridge between the frontend UI and backend services, integrating data and services with the widgets." (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026)) | or action. WaveMaker widgets perform this same function by providing visual components that developers drag and drop to build user interfaces, which are then configured or "bound" to perform specific actions or display specific data. The WAY the WaveMaker widgets achieve this is substantially the same, as they are pre-built, reusable components that are visually manipulated and linked to underlying logic or data services to execute their intended purpose. The RESULT is substantially the same: a functional user interface is created where specific visual elements perform specific tasks, enabling the rapid development of front-end applications. |
| | WaveMaker also states: "Event handling... Developers may customize event handling for page and component life-cycle events using JavaScript." (https://www.wavemaker.com/real-code/ (last visited March 15, 2026)). | |
| | Technobezz confirms the Studio provides "three ways to work in the same environment: Agentic prompts for generating pages, layouts, API integrations, and security configurations through natural language. Visual canvas for drag-and-drop authoring and layout validation. Code editor for direct access when developers need fine-grained control." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | |
| | G2 user review confirms: "You drag and drop the widget and WaveMaker will automatically generate the HTML equivalent code and you can customize the features of the widget with your created or imported variable, such as events, default value, and many other things." (https://www.g2.com/products/wavemaker/reviews (last visited March 15, 2026)). | |
| **19[d] a translation layer associating the function associated with the first UI element with a device native computer code associated with a first device, and** | WaveMaker's architecture explicitly includes a "Binding Layer" that serves as a translation layer: "Binding Layer integrates backend services with the front-end UI layer through REST APIs." (https://docs.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "a translation layer associating the function associated with the first UI element with a device native computer code associated with a first device." The accused workflow includes an express translation/bridge function. WaveMaker's own terminology is highly probative: it describes a Binding Layer, variables that act as a bridge between UI and backend services, React Native components/modules that bridge JavaScript-defined UI to native elements, and a JSI bridge layer connecting JavaScript with native code. Those materials show the precise association contemplated by the claim: a UI element's configured function is connected to code that runs in the native device environment. |
| | WaveMaker's React Native overview states: "Variables act as a bridge between the frontend UI and backend services…" and "React Native Components and Modules: Bridges the JavaScript-defined UI to native elements using React Native. ... JSI (JavaScript Interface): A bridge layer that connects JavaScript with native code, enabling communication between them." (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026)). | |
| | WaveMaker generates device native code for multiple platforms. For React Native mobile apps: "WaveMaker markup is converted to React Native markup during build." (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026)). For web apps, WaveMaker generates Angular code: "Angular code is generated for web apps using simple design principles... Each page is generated as a component with isolated scope, routing and security." (https://www.wavemaker.com/real-code/ (last visited March 15, 2026)). | WaveMaker's Two-Pass Coding System is the translation layer. In the first pass, it translates design elements into an intermediate WML markup that captures the UI structure, component mapping (associating functions with UI elements), and properties. In the second pass, a "custom, deterministic transpiler" converts this WML into "production Angular, React JS or React Native code" — which is "device native computer code associated with a first device." For web applications, the native code is Angular (HTML, CSS, TypeScript) executable by a web browser (the "first device"). For mobile applications, the native code is React Native, |
| | WaveMaker's "Design to Code Automation" uses a "2-pass generation technique": the "1st pass — Figma designs are translated to an intermediate WaveMaker meta markup language (WML), which identifies UI Components, properties and design tokens using AI/LLM." The "2nd pass — WaveMaker Markup (WML) is then converted to working Angular, React or React Native app code, using WaveMaker code generators and LLMs." | |

| | | |
|---|---|---|
| | (https://docs.wavemaker.ai/docs/studio/overview/#design-to-code-automation (last visited March 15, 2026)).<br><br>WaveMaker's Two Pass page states that the system "first builds intelligent meta model of UI (WaveMaker Markup Language) from design or prompt, and then converts it into clean, framework-ready code" and "A custom, deterministic transpiler converts generated WML into production Angular, React JS or React Native code." (https://wavemaker.ai/two-pass/ (last visited March 15, 2026)).<br><br>WaveMaker "application backend is decoupled from the UI layer using well-defined REST API contracts." (https://docs.wavemaker.ai/docs/apis-and-services/concepts/overview/ (last visited March 15, 2026)). WaveMaker's platform "Generates clean code using popular frameworks of Angular for web and React Native for mobile. Get clean Angular & React Native code editable in popular IDEs — zero lock in." (https://www.wavemaker.com/ (last visited March 15, 2026)).<br><br>SiliconANGLE reports WaveMaker Head of Product Experience Vikram Srivats stated: "We don't go directly from intent to code. We actually have what's called a two-pass model." The article explains: "WaveMaker's answer is to generate a lightweight intermediate 'WaveMaker markup' first, then translate it into production code with a deterministic generator." (https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/ (last visited March 15, 2026)).<br><br>Technobezz describes the translation layer in detail: "In the first pass, AI agents (powered by LLMs including Anthropic's Claude) convert inputs into WaveMaker Markup Language (WML), a stack-agnostic intermediate layer.... The AI identifies UI components, maps them to WaveMaker's enterprise component library, and generates structured markup that captures what the application should do, without committing to a specific framework. The second pass is fully deterministic. No LLM involved. WaveMaker's template-based generators take the validated WML and produce production-ready code in Angular, React, or React Native. Same input, same output, every time." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)).<br><br>The February 2026 press release states: "When developers submit Figma design files and natural language prompts, the system generates a tech stack-agnostic application markup with architectural guardrails verified by developers before triggering markup-to-code generation via a deterministic engine." (https://www.globenewswire.com/news-release/2026/02/19/3241064/0/en/WaveMaker-Fuses-Design-and-Development-with-Architecture-first-Agentic-Application-Generation-System-for-Enterprise-Dev-Teams.html (last visited March 15, 2026)). | which compiles to native iOS or Android code, making the mobile device the "first device."<br><br>The February 2026 evidence is particularly strong for this element. SiliconANGLE's interview with Vikram Srivats provides a direct admission of a two-pass translation architecture: "We don't go directly from intent to code. We actually have what's called a two-pass model." The Technobezz article provides further detailed confirmation that WML serves as a "stack-agnostic intermediate layer" that is then translated by "template-based generators" into "production-ready code in Angular, React, or React Native." The GlobeNewsWire announcement confirms that the system generates "tech stack-agnostic application markup" before "triggering markup-to-code generation via a deterministic engine." Each of these sources independently confirms the existence and operation of the claimed translation layer.<br><br>**Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of the claimed translation layer is to associate UI element functions with device native code. WaveMaker performs substantially the same function by converting UI designs and widget configurations into Angular or React Native code through its WML intermediate language, Binding Layer, and JSI bridge. The WAY WaveMaker performs this function is substantially the same, by using an intermediate representation to map UI functions to platform-specific code. The RESULT is that a user's interaction with a UI element within a WaveMaker-generated application triggers the intended functionality on the target device, providing a seamless and functional user experience — substantially the same result as the claimed translation layer. |
| **19[e] a template that converts data of the first function into computer code that is native to the first device by recursively selecting one or more templates for each** | WaveMaker Studio operates using a "hybrid code generation architecture fusing agentic and template-driven modes" with a "Two-Pass Coding System" described as "WaveMaker's architectural cornerstone" which "uses a meta model to combine deterministic AI with human-in-loop approach to get predictable outcomes" (https://www.wavemaker.com/ (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "a template that converts data of the first function into computer code that is native to the first device by recursively selecting one or more templates for each portion in a tree data structure." WaveMaker's public materials disclose the same operative structure: a structured WML document, a component-based |

| **portion in a tree data structure,** | WaveMaker's Two Pass page states: "Layouts, components, and design tokens are composed into a structured WML document." (https://wavemaker.ai/two-pass/ (last visited March 15, 2026)). WaveMaker's web-UI overview states: "Platform uses component-based architecture and a meta markup known as WaveMaker Markup Language (WML) to represent components within a page similar to HTML." (https://docs.wavemaker.ai/docs/user-interfaces/web/concepts/overview/ (last visited March 15, 2026)). | architecture, reusable templates/prefabs, an explicit page hierarchy, a widget hierarchy with parent traversal, and nested markup representing pages, containers, and widgets. A nested WML/HTML-like representation is a tree of UI nodes. The generator must process each portion of that hierarchy — page, layout, panel, content region, widget, and event-bearing control — and select the corresponding implementation/template for that node type. |
|---|---|---|
| | WaveMaker's platform uses templates to generate code for target platforms: "WaveMaker generates a standard Expo-based React Native project. It does not rely on a proprietary runtime, so the output is fully compatible with the broader React Native ecosystem." (https://docs.wavemaker.com/learn/react-native/react-native-overview/ (last visited March 15, 2026)). | WaveMaker applications are structured as a hierarchical tree of pages, containers, and widgets. The markup system represents the UI as a nested tree of XML-like tags (e.g., <wm-button>, <wm-container>, <wm-list>), where each element is a node in the tree. During code generation, WaveMaker recursively processes each portion of this tree structure, selecting the appropriate template or component mapping for each widget node. For React Native, "WaveMaker markup is converted to React Native markup during build," meaning each node in the markup tree is recursively matched to a corresponding React Native component template. WaveMaker's Two-Pass Coding System further demonstrates recursive template selection: the first pass creates a structured WML document by processing UI components, and the second pass uses "template-based generators" that convert this WML into native code. The recursive nature is inherent in processing hierarchical UI structures where parent containers hold child widgets which may themselves contain nested elements. |
| | WaveMaker uses a tree data structure for organizing UI components. The markup system generates code from a tree-structured representation: "In the Markup mode, you can view a set of tags assigned to the elements of the page." and "WaveMaker automatically generates code when the elements are dragged on the canvas." (https://docs.wavemaker.com/learn/app-development/ui-design/page-artefacts/ (last visited March 15, 2026)). | |
| | WaveMaker's product walkthrough states: "from the Page Structure section, you can see the various elements placed on the Page and their hierarchy" and "Widget hierarchy shows the widget construct and allows you to traverse to the parent container." (https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/ (last visited March 15, 2026)). | **Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this claim element is to convert function data into native code by recursively selecting templates for tree data structure portions. WaveMaker performs substantially the same function by representing the UI as structured WML/component hierarchies and selecting the relevant template/component/prefab implementation for each nested portion as the code generator walks the hierarchy. The WAY WaveMaker achieves this is substantially the same: it traverses design hierarchies, detects components, maps them to corresponding templates, and generates code for each portion of the tree. The RESULT is substantially the same: each portion of the UI is converted using the appropriate reusable implementation, producing device-native code from function data through hierarchical template processing. |
| | WaveMaker's Web View documentation shows nested markup such as "<wm-page> ... <wm-content> ... <wm-page-content> ... <wm-button ...> ... </wm-page>" (https://www.wavemaker.com/learn/react-native/web-view/ (last visited March 15, 2026)). | |
| | WaveMaker's component hierarchy operates as a tree data structure: "Auto Layout organizes elements into responsive hierarchies, ensuring better behavior during conversion." (https://docs.wavemaker.com/learn/figma-autocode-plugin/design-guidelines (last visited March 15, 2026)). "Autocode detects components used in your Figma design and maps them to corresponding components in WaveMaker. The AI model detects important groups such as Forms (single step and multi step), Lists, Cards and generates corresponding code." (https://www.wavemaker.com/autocode/ (last visited March 15, 2026)). | |
| | The code generation for React Native demonstrates the template conversion: "WaveMaker markup is converted to React Native markup during build" and each page generates structured code files: "component file (PageName.component.js)... style file (PageName.style.js)... script file (PageName.script.js)..." (https://docs.wavemaker.com/learn/react-native/extending-reactnative-apps/ (last visited March 15, 2026)). | |
| | Technobezz provides detailed confirmation of recursive template processing: "The pipeline starts in Figma. WaveMaker's Autocode feature analyzes Figma designs, identifies components, maps them to its enterprise UI kit (built on Material Design with Material 3 defaults), and generates matching design | |

| | | |
|---|---|---|
| | tokens." The article confirms: "WaveMaker's template-based generators take the validated WML and produce production-ready code in Angular, React, or React Native." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | |
| | Third-party corroboration: Technobezz reported that "In the first pass, agentic prompts powered by large language models translate design files, images, and natural language instructions into a stack-agnostic intermediate markup. That markup captures the application's structure, component mapping, data bindings, and constraints without committing to a specific framework. In the second pass, a template-based code generator converts that markup into production-ready Angular, React, or React Native code." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)). | |
| **19[f] modifying the one or more templates to create output native source code,** | WaveMaker Studio allows developers to modify and customize the generated code and templates. WaveMaker's Page Artefacts documentation states: "WaveMaker generates custom markup automatically." It further explains that properties in the generated markup "can be modified in the markup. After saving the changes, the respective widget would get updated...." (https://www.wavemaker.com/learn/app-development/ui-design/page-artefacts/ (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. Once the relevant WML/component template is selected, WaveMaker modifies that template with the specific values detected or configured for the UI: attributes, layout information, design tokens, captions, handlers, bindings, and other properties. The Page Artefacts documentation is especially important because it shows that WaveMaker automatically generates markup, allows that markup to be edited, and then updates the corresponding widget when the markup changes are saved. WaveMaker's platform materials explain that the final app markup is run through enterprise-grade code generators to produce production Angular/React/React Native code — that is a template-modification pipeline producing output source code. The templates are not output as-is; they are modified based on the specific UI element properties, data bindings, styling, design tokens, and business logic configured for each widget. Technobezz's confirmation that "The WML layer lets developers iterate on application structure without regenerating thousands of lines of framework code" directly demonstrates that templates are being modified (not replaced wholesale) to create output native source code. |
| | WaveMaker's current platform page states: "Developers validate & refine generated apps in Studio that seamlessly switches between visual canvas, prompt, and code editor modes" and that "WaveMaker's enterprise-grade code generators convert final app markup to production-ready Angular/React/React Native code...." (https://wavemaker.ai/platform/ (last visited March 15, 2026)). | |
| | The platform's "WYSIWYG Studio provides human-in-the-loop control for developers when extensively using automation with LLMs and agents, to course correct and refine AI generated output." (https://docs.wavemaker.ai/docs/studio/overview/#wysiwyg-studio-for-authoring-and-finer-control (last visited March 15, 2026)). | **Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this claim element is to adapt reusable template structures into concrete source code for the particular UI being built. WaveMaker performs this function by auto-generating markup/templates, filling them with detected/configured properties and behavior, permitting refinement, and then running the resulting markup through code |
| | "Developers can easily edit the generated code in WaveMaker Studio, importing designs for seamless integration and refinement." (https://docs.wavemaker.com/learn/figma-autocode-plugin/working-with-autocode-plugin/ (last visited March 15, 2026)). | |
| | WaveMaker uses a "highly sophisticated 2-pass generation technique to make AI conversion predictable and reliable" where the system "inherently adjusts the template selections for optimized outputs." (https://docs.wavemaker.ai/docs/studio/overview/#design-to-code-automation (last visited March 15, 2026)). | |
| | WaveMaker generates "clean code using popular frameworks of Angular for web and React Native for mobile. Get clean Angular & React Native code editable in popular IDEs — zero lock in." (https://www.wavemaker.com/ (last visited March 15, 2026)). WaveMaker also uses a "Code-behind approach that generates real editable code." | |

| | | |
|---|---|---|
| | ([https://web.archive.org/web/20231031073508/https://www.wavemaker.com/low-code-app-development-platform/](https://web.archive.org/web/20231031073508/https://www.wavemaker.com/low-code-app-development-platform/) (last visited March 15, 2026) Formerly at [https://www.wavemaker.com/low-code/](https://www.wavemaker.com/low-code/) (last visited March 15, 2026) ). | generators/transpilers. The WAY WaveMaker performs this function is substantially the same, by altering template parameters, structures, and configurations during the code generation process. The RESULT is substantially the same: the reusable template becomes output source code tailored to the accused application, just as the claim contemplates. |
| | Technobezz confirms: "The WML layer lets developers iterate on application structure without regenerating thousands of lines of framework code." The article also states: "Generated code is standard Angular, React, or React Native. Organizations can export the code, extend it outside the platform, and never depend on WaveMaker's runtime to deploy their applications." ([https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams](https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams) (last visited March 15, 2026)). | |
| | SiliconANGLE confirms: "He argued WaveMaker's approach is built for that lifecycle, because developers need 'real code' they can extend. And because the platform uses open standards — down to packaging and deployment — teams can avoid getting trapped in a dead-end stack as frameworks change." ([https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/](https://siliconangle.com/2026/02/19/wavemaker-bets-markup-first-ai-tame-enterprise-app-generation-costs/) (last visited March 15, 2026)). | |
| **19[g] selecting one or more feature-based templates for one or more predetermined features, and** | WaveMaker's current Design-to-Code page states: "The AI model detects important groups such as Forms (single step and multi step), Lists, Cards and generates corresponding code." It also states that AutoCode "detects components used in your Figma design and maps them to corresponding components in WaveMaker." ([https://wavemaker.ai/design-to-code/](https://wavemaker.ai/design-to-code/) (last visited March 15, 2026)). | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. The claim requires "selecting one or more feature-based templates for one or more predetermined features." The documented WaveMaker workflow is feature-based. The system detects predetermined feature classes — forms, lists, cards, and similar component groups — and maps them to the corresponding Studio components/widgets. WaveMaker offers a rich set of pre-built, reusable components and layouts that function as "feature-based templates." These include "Out-of-Box Widgets" such as "form widgets, basic HTML widgets, live grids, filter widgets, chart widgets, dialogs, and layouts." Each of these widgets is a feature-based template for a predetermined feature: form widgets serve the predetermined feature of data input collection; chart widgets serve the predetermined feature of data visualization; live grids serve the predetermined feature of tabular data display and editing; dialog widgets serve the predetermined feature of modal user interactions. WaveMaker also documents reusable templates and Prefabs that encapsulate functionality, interaction, and data, including predefined artifacts for specific feature types (e.g., Google Maps, QR code, YouTube). The "Design to Code automation" feature "identifies components using AI and maps them to the corresponding WaveMaker UI components," which is a direct selection process where the system identifies design features and selects corresponding templates. Technobezz's confirmation that WaveMaker's platform enforces design system components "automatically across every application" demonstrates that feature-based |
| | WaveMaker's official launch article states: "Automatic Component Detection: Identifies design elements like forms, lists, and cards, and maps them to corresponding components within WaveMaker Studio." ([https://www.wavemaker.com/newscenter/wavemaker-launches-ai-powered-design-to-code-accelerator-for-pixel-perfect-ui-development/](https://www.wavemaker.com/newscenter/wavemaker-launches-ai-powered-design-to-code-accelerator-for-pixel-perfect-ui-development/) (last visited March 15, 2026)). | |
| | The platform includes "Out-of-Box Widgets" that cover "a range of HTML components, including form widgets, basic HTML widgets, live grids, filter widgets, chart widgets, dialogs, and layouts." ([https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf](https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf) (last visited March 15, 2026)). | |
| | WaveMaker Studio's "Design to Code automation" feature "creates a working Design System for developers" and "identifies components using AI and maps them to the corresponding WaveMaker UI components." ([https://docs.wavemaker.ai/docs/studio/overview/#design-to-code-automation](https://docs.wavemaker.ai/docs/studio/overview/#design-to-code-automation) (last visited March 15, 2026)). | |
| | WaveMaker's product walkthrough defines Templates as reusable arrangements of widgets and Prefabs as reusable API-integrated components that encapsulate "functionality, interaction & data," giving examples such as GoogleMap, QRCode reader, and Youtube Prefab. ([https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/](https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/) (last visited March 15, 2026)). | |
| | WaveMaker provides "100+ out-of-the-box components - forms, tables, and interactive charts, that you can drag and drop." ([https://www.wavemaker.com/rapid-app-development-studio/](https://www.wavemaker.com/rapid-app-development-studio/) (last visited March | |

| | | |
|---|---|---|
| | 15, 2026)). Custom templates can be applied to widgets: "Apply custom template for widget... You can use this feature to change the look and feel of the widgets that represent repetitive data." (https://docs.wavemaker.com/learn/how-tos/custom-widget-template/ (last visited March 15, 2026)).<br><br>Third-party corroboration: SD Times reported that WaveMaker AutoCode "automatically identifies design elements in Figma such as forms, lists, and cards, and maps them to corresponding WaveMaker Studio widgets." (https://sdtimes.com/softwaredev/wavemaker-releases-autocode-plugin-for-figma-for-generating-front-end-components/ (last visited March 15, 2026)).<br><br>Technobezz confirms the feature-based template architecture: "WaveMaker's Autocode feature analyzes Figma designs, identifies components, maps them to its enterprise UI kit (built on Material Design with Material 3 defaults), and generates matching design tokens. The result is pixel-accurate translation from design to working application, with styling enforced at the platform level." Further: "The platform includes a visual style workspace where teams define design tokens, component styles, and layout rules. These aren't suggestions. They propagate automatically across every application built on the platform." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)).<br><br>SD Times reports (Feb. 2026) that WaveMaker's new agentic platform is "designed to target a growing need for a standardized AI-powered development model for design-led, long-lived enterprise applications." (https://sdtimes.com/wavemaker-fuses-design-and-development-with-architecture-first-agentic-application-generation-system-for-enterprise-dev-teams/ (last visited March 15, 2026)). | template selection is not ad hoc but systematically integrated into the build process.<br><br>**Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this claim element is to choose reusable code structures based on identified UI feature types. WaveMaker performs this function by detecting feature classes in the source design and mapping those classes to the appropriate Studio components, templates, and Prefabs that already encode UI and logic for those features. The WAY WaveMaker performs this function is substantially the same, by providing a library of categorized, feature-specific components that developers or the system selects based on the desired application functionality. The RESULT is substantially the same: the platform uses the proper feature-specific reusable implementation for the identified UI feature, producing the same practical result as the claimed feature-template selection step. |
| **19[h] and updating the one or more feature-based templates with the native source code and the UI element.** | WaveMaker's current Design System Overview states that the AutoCode Plugin "extracts design tokens and component styles from Figma," "converts them into WaveMaker-readable JSON structures," and ensures that "the corresponding JSON files are generated and mapped correctly, so tokens can be modified within the Style Workspace." (https://www.wavemaker.com/learn/design-system/overview/ (last visited March 15, 2026)).<br><br>The same materials state: "After the updates are confirmed, the token changes automatically cascade across all linked components in the app," and the platform compiles platform-agnostic JSON tokens into platform-specific outputs including "React Native JavaScript Object," "iOS Swift Constants," and "Android XML Resources." (https://www.wavemaker.com/learn/design-system/overview/ (last visited March 15, 2026)).<br><br>The platform offers "Prefabs" described as "custom widgets that are API-integrated, encapsulating functionality, interaction and data, allowing you to develop once and edit and reuse as many times." (https://www.wavemaker.com/learn/documentation-reference/ (last visited March 15, 2026)).<br><br>WaveMaker's architecture states that the "UI Layer is built with Pages, which are composed with widgets using visual drag-n-drop approach" and these "widgets | **Literal Infringement:** WaveMaker Studio literally satisfies this claim element. WaveMaker's own current materials describe an explicit update-and-propagation step. AutoCode extracts UI/token data from the source design, converts that data into mapped JSON structures, and then lets the user refine those structures in Style Workspace. After confirmation, the changes "automatically cascade across all linked components in the app" and are compiled into platform-specific outputs, including "React Native JavaScript Object," "iOS Swift Constants," and "Android XML Resources." At the same time, WaveMaker exposes generated files through File Explorer, manages template/prefab artifacts, and supports source updates and repository persistence. WaveMaker's "Prefabs" are "custom widgets that are API-integrated, encapsulating functionality, interaction and data, allowing you to develop once and edit and reuse as many times." These Prefabs directly correspond to "feature-based templates" as they are reusable components that encapsulate specific features and can be updated or modified. When a user designs an |

are integrated with the backend services, to fetch and update data."
(https://www.wavemaker.com/learn/app-development/wavemaker-overview/platform-overview/ (last visited March 15, 2026)).

"Autocode detects components used in your Figma design and maps them to corresponding components in WaveMaker." (https://www.wavemaker.com/autocode/ (last visited March 15, 2026)).

WaveMaker's product walkthrough states that Developer Utilities provide access to "Files generated for the app through File Explorer," permit management of "Templates, Themes, Prefabs etc.," and allow users to "update project source." (https://www.wavemaker.com/learn/app-development/wavemaker-overview/product-walkthrough/ (last visited March 15, 2026)).

WaveMaker's 2025 datasheet states that source code can be persisted in enterprise repositories and that WaveMaker generates open-standards source code "that can be exported and modified inside or outside WaveMaker Studio." (https://www.wavemaker.com/gitex-assets/WaveMaker-Product-Datasheet.pdf (last visited March 15, 2026)).

For web apps, the output uses Angular components with WaveMaker widget markup converted to native Angular/HTML/CSS code. For mobile apps, the output compiles to native .ipa (iOS) or .apk (Android) files. (https://docs.wavemaker.com/learn/react-native/mobile-build-manual/ (last visited March 15, 2026)).

Technobezz confirms: "Design Systems That Actually Get Enforced — WaveMaker makes design systems an enforced part of the build process. The platform includes a visual style workspace where teams define design tokens, component styles, and layout rules. These aren't suggestions. They propagate automatically across every application built on the platform." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)).

Further: "WaveMaker addresses this with guardrails baked into the platform rather than left to individual developers to enforce. Architecture rules, design tokens, component standards, role-based access controls, and deployment configurations are set at the project level and applied automatically. The system generates modular, independently deployable frontends and handles technology stack upgrades without breaking application code." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)).

Additionally: "The split is deliberate. By confining the LLM to intent and structure rather than final code output, WaveMaker keeps costs predictable and avoids the context drift that plagues longer AI coding sessions. The deterministic second pass means the same markup produces the same code every time, which matters when multiple developers are working across a shared codebase." (https://www.technobezz.com/news/wavemaker-takes-on-cursor-and-codex-with-ai-coding-platform-for-teams (last visited March 15, 2026)).

application by "dragging-and-dropping widgets on the page," they are incorporating UI elements. WaveMaker's platform then generates the necessary native source code for the application, updating the underlying feature-based templates with native source code and newly integrated UI elements. Technobezz's confirmation that design tokens, component standards, and deployment configurations "are set at the project level and applied automatically" demonstrates that updating templates with native source code and UI elements is a systematic, platform-enforced process.

**Doctrine of Equivalents:** As shown herein, this claim is literally infringed by Defendant. However, to the extent a Court rules otherwise, this claim is infringed under the doctrine of equivalents (DOE). The FUNCTION of this claim element is to update the selected reusable feature implementation so that it reflects the concrete UI element and final source-code embodiment. WaveMaker performs this function by generating mapped JSON/style/component structures from the source design, letting Studio apply and refine those structures, and then propagating/cascading the changes into platform-specific code artifacts and generated source files. The WAY WaveMaker performs this function is substantially the same, by incorporating UI elements selected by the user into reusable template structures and generating corresponding native code that updates those templates. The RESULT is substantially the same: the reusable feature implementation is refreshed with the actual UI definition and target-code embodiment, producing updated feature-based templates reflecting the latest native source code and UI element configurations.

## INDIRECT INFRINGEMENT BY WAVEMAKER

On information and belief, Defendant, in addition to directly infringing the Asserted Patents, infringes each of the Asserted Patents indirectly.  WaveMaker actively induces infringement by taking affirmative steps to cause its customers and other third parties to infringe under 35 U.S.C. § 271(b). Under Commil USA, LLC v. Cisco Systems, Inc., 575 U.S. 632, 639 (2015), a party "induces infringement under § 271(b) by encouraging or aiding another to directly infringe a patent." Inducement requires (1) knowledge of the patent or willful blindness thereto, and (2) an affirmative act of encouraging, aiding, or abetting another's direct infringement. See Global-Tech Appliances, Inc. v. SEB S.A., 563 U.S. 754, 766 (2011). WaveMaker's affirmative acts of inducement include, without limitation, publishing detailed documentation, tutorials, and training materials that instruct customers on how to use the infringing features of the Accused Products, including the visual drag-and-drop UI design tools, code generation engine, and design-to-code automation pipeline described herein.

Knowledge. On information and belief, WaveMaker has been placed on notice of the Asserted Patents and the infringement allegations set forth in this claim chart. WaveMaker's knowledge will be further established through pre-suit notice and/or the filing of this action.

Plaintiff will seek additional discovery regarding Defendant's knowledge of the Patents-in-Suit and other issues related thereto including contributory infringement by WaveMaker.

## RESERVATION OF RIGHTS

This claim chart is based on publicly available literature regarding Defendant's products. Plaintiff reserves the right to amend or further supplement this claim chart based on Defendant's internal documentation obtained through discovery, including technical documentation such as schematics, source code, architecture diagrams, and datasheets. The infringement charts set forth herein are illustrative rather than exhaustive.

Plaintiff further reserves the right to assert additional claims of the '335 patent, additional accused products and services, and additional theories of infringement, including indirect infringement (induced and contributory infringement under 35 U.S.C. § 271(b) and (c)), as warranted by the evidence developed during discovery.