**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NATIVE PIXEL INC.,** | |
| Plaintiff, | Civil Action No. 2:26-cv-00205-JRG-RSP |
| v. | |
| **WAVEMAKER, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Mark D. Siegmund of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC hereby enters an appearance as additional counsel for Plaintiff Native Pixel Inc. in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Siegmund's contact information is provided below:

CHERRY JOHSON SIEGMUND JAMES, PC
7901 Fish Pond Rd, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

1

Date: March 24, 2026                       Respectfully Submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

***Attorneys for Plaintiff***
***NATIVE PIXEL INC.***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document has been served on all parties who have appeared herein via the Court's electronic filing system on this 24th day of March 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund