**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NATIVE PIXEL INC.,** | |
| Plaintiff, | Civil Action No. 2:26-cv-00205-JRG-RSP |
| v. | |
| **WAVEMAKER, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Ari Rafilson of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC hereby enters an appearance as additional counsel for Plaintiff Native Pixel Inc. in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Ari Rafilson of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Rafilson's contact information is provided below:

CHERRY JOHNSON SIEGMUND JAMES PC
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (713) 498-6047
Fax: (713) 583-9737
Email: arafilson@cjsjlaw.com

1

Date: March 24, 2026

Respectfully Submitted,

*/s/ Ari Rafilson*
Ari Rafilson
Texas Bar No. 24060456
CHERRY JOHNSON SIEGMUND JAMES PC
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (972) 987-0709
Fax: (866) 627-3509
arafilson@cjsjlaw.com

**Attorneys for Plaintiff**
**NATIVE PIXEL INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document has been served on all parties who have appeared herein via the Court's electronic filing system on this 24th day of March 2026.

*/s/ Ari Rafilson*
Ari Rafilson