**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NATIVE PIXEL INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00205-JRG-RSP |
| | § | |
| WAVEMAKER, INC., | § | |
| *Defendant.* | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Extension of Answer Deadline on Behalf of Defendant. **Dkt. No. 12**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Defendant's time to respond to the Complaint is extended to May 22, 2026.

**SIGNED this 2nd day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE