**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NATIVE PIXEL INC.** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-00205-JRG-RSP** |
| | § | |
| **WAVEMAKER, INC.** | § | |
| | § | |

**DEFENDANT WAVEMAKER, INC.**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Wavemaker, Inc. hereby certifies that it has no parent company and no publicly traded corporation owns more than 10% of its stock.

Dated: May 15, 2026                    Respectfully submitted,


                                       */s/ Brett M. Pinkus*

                                       Brett M. Pinkus
                                       Texas Bar No. 24076625
                                       bpinkus@spencerfane.com
                                       SPENCER FANE, LLP
                                       2200 Ross Avenue, Suite 4800 West
                                       Dallas, Texas 75201-2708
                                       Telephone: 214-750-3610
                                       Facsimile: 214-750-3612

                                       **ATTORNEYS FOR DEFENDANT**
                                       **WAVEMAKER INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via CM/ECF on May 15, 2026

*/s/Brett M. Pinkus*
Brett M. Pinkus

2