**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NATIVE PIXEL INC. | § | |
| | § | |
| | § | Case No. 2:26-cv-00205-JRG-RSP |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| | § | |
| WAVEMAKER, INC. | § | |
| | § | |

**[PROPOSED] ORDER ON DEFENDANTS' WAVEMAKER, INC.'S MOTION TO
DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Before the Court is Defendant Wavemaker, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). Having considered the Motion and all briefing, the Court is of the opinion the motion should be GRANTED. It is hereby ORDERED as follows:

The Motion is GRANTED. All claims of U.S. Patent Nos. 11,816,459 and 12,118,335 are held to be invalid as being ineligible for patent protection under 35 U.S.C. § 101.

SIGNED this _____ day of _____, 2026.

**PAGE 1**