**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NATIVE PIXEL INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00205-JRG-RSP |
| WAVEMAKER, INC., | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court are Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), **Dkt. No. 17**, and Plaintiff's Unopposed Motion for Extension of Time to Respond, **Dkt. No. 21**. The Court's Standing Order Regarding Motions Under 35 U.S.C. § 101 and Accompanying Certifications in Cases Assigned to United States District Judge Rodney Gilstrap prescribes a certification in a specific format that must accompany such motions in the first page. Defendant failed to file a certification in that format in the Motion, Dkt. No. 17 at 18 (referencing a disagreement explained in an earlier part of the Motion), 16–17 (setting forth Defendant's position), and the Exhibit attached to the Motion indicates a failure to confer in good faith sufficiently in advance of the filing of the Motion regarding the need for further claim construction, as required under the Standing Order, Dkt. No. 17-1 at 1–17. The Joint Notice from the Parties does not cure the failure to properly confer in advance. Dkt. No. 19 at 2–5.

Accordingly, the Court finds that the Motion (Dkt. No. 17) should be and hereby is procedurally **DENIED**. Defendant is free to refile the Motion after an appropriate one-on-

one conference, scheduled and performed in good faith, and with a certification in the appropriate form. Consequently, Plaintiff's Motion (Dkt. No. 21) is **DENIED** as moot.

**SIGNED this 7th day of June, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE