# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DISTRICT

| | | |
|---|---|---|
| **NATIVE PIXEL INC.** | § | **Case No. 2:26-cv-00205-JRG-RSP** |
| | § | |
| | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **WAVEMAKER, INC.** | § | |
| | § | |

# [PROPOSED] ORDER ON DEFENDANTS' WAVEMAKER, INC.'S RENEWED MOTION TO DISMISS

Before the Court is Defendant Wavemaker, Inc.'s Renewed Motion to Dismiss ("Motion") Pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the Motion, and all briefing, is of the opinion the motion should be GRANTED. It is hereby ORDERED as follows:

All claims of U.S. Patent Nos. 11,816,459 and 12,118,335 are held to be invalid as being ineligible for patent protection under 35 U.S.C. § 101.

Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.