**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NATIVE PIXEL INC., *Plaintiff*, | § | |
| v. | § | CASE NO. 2:26-CV-00205-RSP |
| WAVEMAKER, INC., *Defendant*. | § | |

**ORDER**

In addition to the relief granted and ordered by the Court previously, at Dkt. No. 48, in response to the parties' Agreed Motion, Dkt. No. 46, it is

**ORDERED** that Defendant shall have until September 10, 2026 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**SIGNED this 14th day of August, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE