**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NATIVE PIXEL INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**WAVEMAKER, INC.,**<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00205-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ERICK S. ROBINSON IN SUPPORT OF PLAINTIFF NATIVE PIXEL INC.'S OPPOSITION TO DEFENDANT WAVEMAKER, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (ECF NO. 50)**

I, Erick S. Robinson, declare as follows:

1. I am an attorney with Cherry Johnson Siegmund James PC and lead counsel for Plaintiff Native Pixel Inc. in this action. I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as Exhibit A is a true and correct copy of excerpts (the first page, pages 19 and 36, and the certificate of service) of WaveMaker, Inc.'s Subject-Matter Ineligibility Contentions Pursuant to 35 U.S.C. § 101 and the Court's Standing Order Regarding Subject Matter Eligibility Contentions, which Defendant WaveMaker, Inc. served on Native Pixel on September 14, 2026. The passages cited in Native Pixel's opposition are highlighted.

3. Attached as Exhibit B is a true and correct copy of excerpts (pages 1, 14, 29, 33, 34, 45, and 46) of WaveMaker, Inc.'s Responses and Objections to Native Pixel, Inc.'s Document Production Letter, which WaveMaker served on Native Pixel by email on August 3, 2026. The passages cited in Native Pixel's opposition are highlighted.

4. On July 10, 2026, Native Pixel sent WaveMaker's counsel a document-production letter that requested, among other things, "[a]ll source code implementing the accused features of the Accused WaveMaker Products" (Request No. 21). In its August 3, 2026 responses, WaveMaker stated that it "will make available responsive, nonprivileged source code reasonably believed to implement the functionality identified in Native Pixel's operative Infringement Contentions for secure inspection as 'RESTRICTED CONFIDENTIAL SOURCE CODE' in accordance with the Protective Order." Ex. B at 14. Native Pixel renewed its request in letters to WaveMaker's counsel dated August 12, 2026 and October 22, 2026. As of the date of this declaration, WaveMaker has not produced any of its confidential source code for the accused products, and no inspection of that code has taken place.

5. WaveMaker's document production through the date of this declaration consists of documents Bates-labeled WAVE000001 through WAVE002944, except WAVE001143 through WAVE002055, which WaveMaker has not produced, and a spreadsheet of revenue figures that WaveMaker's counsel sent by email on October 2, 2026, designated RESTRICTED - ATTORNEYS' EYES ONLY. The Bates-labeled documents are third-party references, the file histories of the Patents-in-Suit, and public materials about WaveMaker's tools dated 2008 through 2016. On July 7, 2026, in an email about the proposed Discovery Order and Protective Order, WaveMaker's counsel sent a link to a page on GitHub showing a change, dated April 24, 2015, to a WaveMaker code repository. He suggested that Native Pixel "begin updating [its] infringement contentions based on" the code at that link, "and then let us know if you still need access to the non-public backend code and we will set up an inspection per the protocol under the protective order." WaveMaker identified the same link in Section VIII of its Initial and Additional Disclosures, served July 10, 2026. The GitHub page states that the repository was

archived on September 2, 2020, shows it as public, and states that the code is licensed under the Apache License, Version 2.0. WaveMaker did not produce that code or any other source code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2026, in Hunt, Texas.

/s/ Erick S. Robinson
Erick S. Robinson